(114 So. 917)

W. R. DYKES v. Frank YOUNG. (1 Div. 451.) Supreme Court of Alabama. Nov. 17, 1927. Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**2**

(114 So. 917)

Marvin EDWARDS v. STATE. (1 Div. 459.) Supreme Court of Alabama. Nov. 17, 1927. Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**3**

(115 So. 921)

Clifton FISHER v. STATE. (6 Div. 975.) Supreme Court of Alabama. Jan. 12, 1928. Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

THOMAS, J. Defendant was convicted of robbery and sentenced to life imprisonment. There being no bill of exceptions, and the record being regular, the judgment is affirmed.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.

---

**4**

(116 So. 921)

S. GOTTLIEB, etc., v. LUDLOW TYPOGRAPH CO. (6 Div. 79.) Supreme Court of Alabama. May 10, 1928. Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge.

PER CURIAM. Affirmed on certificate.

---

**5**

(115 So. 921)

Sam GREEN v. Mollie GREEN. (8 Div. 951.) Supreme Court of Alabama. Jan. 17, 1928. Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**6**

(114 So. 917)

GULF COAST INVESTMENT CO. v. MOBILE REGISTER et al. (1 Div. 468.) Supreme Court of Alabama. Nov. 17, 1927. Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

PER CURIAM. Appeal dismissed on motion of appellees.

---

**7**

(116 So. 921)

J. C. HARRIS v. NORTH ALABAMA ENTERPRISES. (8 Div. 997.) Supreme Court of Alabama. March 22, 1928. Appeal from

217 ALA.—45

Circuit Court, Colbert County; Charles P. Almon, Judge. John E. Deloney, Jr., of Tuscumbia, for appellant. Mitchell & Hughston, of Florence, and Andrews, Peach & Almon, of Sheffield, for appellee.

GARDNER, J. Appeal dismissed by agreement of parties.

---

**1**

(115 So. 921)

HARTFORD FIRE INS. CO. v. J. L. ISBELL. (7 Div. 734.) Supreme Court of Alabama. Jan. 12, 1928. Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**2**

(114 So. 917)

William HEER, Jr., v. Minnie N. HEER. (6 Div. 958.) Supreme Court of Alabama. Nov. 10, 1927. Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**3**

(116 So. 922)

HESS-STRICKLAND TRANSFER & STORAGE CO. v. Lyell CLIMER, pro ami. (6 Div. 908.) Supreme Court of Alabama. April 5, 1928. Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Joseph P. Mudd, of Birmingham, for appellant. Altman, Taylor & Koenig, of Birmingham, for appellee.

THOMAS, J. Appeal dismissed by agreement of parties.

---

**4**

(114 So. 917)

L. H. HOLTZCLAW et al. v. Thomas ROWE, Pro Ami. (6 Div. 945.) Supreme Court of Alabama. Oct. 24, 1927. Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

PER CURIAM. Appeal dismissed by agreement.

---

**5**

(114 So. 917)

R. E. HUNT and Union Indemnity Co. v. G. D. CULPEPPER. (6 Div. 967.) Supreme Court of Alabama. Nov. 3, 1927. Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by agreement.

---

**6**

(114 So. 917)

R. E. HUNT and Union Indemnity Co. v. L. C. THOMAS. (6 Div. 889.) Supreme Court of Alabama. Nov. 3, 1927. Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by agreement.